UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLENN A. BRUMFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-489** |
| **WARDEN N. BURL CAIN** | **SECTION "E"** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Glenn Brumfield's Petition for Issuance of a Writ of Mandamus be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915A.

New Orleans, Louisiana, this 23rd day of June, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**